IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TOMMIE JAMES CLARK, AIS #193397, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRIS MAY, )<br>)<br>Defendant. ) | CASE NO. 3:20-CV-427-WKW<br>[WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 7) to which Plaintiff filed an objection (Doc. # 8). Based upon a *de novo* review of the record, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 8) is OVERRULED;

(2) The Magistrate Judge's Recommendation (Doc. # 7) is ADOPTED; and

(3) This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 31st day of August, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE